1 Jeffrey J. Lowe
  **The Lowe Law Firm**
2 8235 Forsyth Blvd, Suite 1100
  St. Louis, Missouri 63105
3 Telephone: 314.678.3400
  Facsimile: 314.678.3401
4 Attorneys for Plaintiffs

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13 PRODUCT LIABILITY LITIGATION | Case No. : 06-0090 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| 14 |  |
| 15 Lash Angel, et al., |  |
| 16                   Plaintiffs | **STIPULATION AND ORDER OF** |
| 17 vs. | **DISMISSAL WITH PREJUDICE** |
| 18 Pfizer Inc, et al., |  |
| 19                   Defendants. |  |

21      Come now the Plaintiffs Marvin Crass, Jerry Cooper, and Delora Lewis, as administrator
22 for the Estate of A.D. Lewis, in the above-entitled action and Defendants, by and through the
23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with
25 each side bearing its own attorneys' fees and costs.

26

27

28

-1-

| | | |
|---|---|---|
| 1 | DATED: 1/15, 2010 | By: *[signature]* Jeffrey O. Lowe |
| 2 | | |
| 3 | | **The Lowe Law Firm** |
| | | 8235 Forsyth Blvd, Suite 1100 |
| | | St. Louis, Missouri 63105 |
| 4 | | Telephone: 314.678.3400 |
| | | Facsimile: 314.678.3401 |
| 5 | | Attorneys for Plaintiffs |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: 1/27, 2010 | By: *[signature]* |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)** |
| 10 | | 1251 Avenue of the Americas |
| | | New York, New York 10020 |
| 11 | | Telephone: 212-335-4500 |
| | | Facsimile: 212-335-4501 |
| 12 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

*[signature]*

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE